UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR05-231-JCC |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| BRITT A. ANDERSON | ) | |
| Defendant. | ) | |

Offense charged:

Violent Crime in Aid of Racketeering (Kidnaping); Violent Crime in Aid of Racketeering (Assault); Conspiracy to Tamper with a Witness, Tampering with a Witness

Date of Detention Hearing:   June 16, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Defendant is named in a twenty count indictment that has been brought against certain individuals, some of whom are alleged to be leaders and/or members of the Bandidos Outlaw Motorcycle Organization.

01      (2)   The Indictment alleges that the Bandidos Outlaw Motorcycle Organization is a
02 criminal organization whose members and associates engaged in acts of violence, including
03 kidnaping, assault, threats of violence, and extortion in the United States and throughout the
04 world. The Bandidos is alleged to constitute a criminal enterprise as defined in Title 18, USC,
05 Section 1959(b)(2), that is, an enterprise constituting an ongoing organization whose members
06 function as a continuing unit for common purpose of achieving racketeering activity.

07      (3)   The case agent alleges that the defendant is very dangerous. With regard to Count
08 II of the Indictment, the agent reports the defendant confronted the victim for being a "snitch",
09 then attacked him with a knife. He is alleged to be a heavy methamphetamine user. His criminal
10 history reveals alias names, dates of birth and Social Security numbers.

11      (4)   The defendant poses a risk of nonappearance because of association with alias
12 names and identification and possible substance abuse issues. He poses a risk of danger based on
13 the nature of the current charges, criminal history, and possible substance abuse issues.   ( 5 )
14      There does not appear to be any condition or combination of conditions that will
15 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
16 to other persons or the community.

17 It is therefore ORDERED:

18      (1)   Defendant shall be detained pending trial and committed to the custody of the
19          Attorney General for confinement in a correction facility separate, to the extent
20          practicable, from persons awaiting or serving sentences or being held in custody
21          pending appeal;

22      (2)   Defendant shall be afforded reasonable opportunity for private consultation with
23          counsel;

24      (3)   On order of a court of the United States or on request of an attorney for the
25          Government, the person in charge of the corrections facility in which defendant is
26          confined shall deliver the defendant to a United States Marshal for the purpose of

01        an appearance in connection with a court proceeding; and

02    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

03           counsel for the defendant, to the United States Marshal, and to the United States

04           Pretrial Services Officer.

05    DATED this  16th  day of June, 2005.

                                    _____
                                    Mary Alice Theiler
                                    United States Magistrate Judge

DETENTION ORDER                                                             15.13
18 U.S.C. § 3142(i)                                                     Rev. 1/91
PAGE 3