UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR05-231-JCC |
| Plaintiff, | |
| v. | **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |
| BRITT AUGUSTS ANDERSON, | |
| Defendant. | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 5, 2010. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Ye-Ting Woo, and defendant was represented by Howard Ratner. Also present was U.S. Probation Officer Andrew Lorenzen. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on October 6, 2006 by the Honorable John C. Coughenour for Conspiracy to commit RICO. He received 30 months of detention and 2 years of supervised release.

On April 21, 2009, Anderson's conditions of supervision were modified by the Court to include 120 days of home confinement with electronic monitoring, following Anderson's

admission to the following violations of supervised release: committing the crime of negligent driving on March 25, 2009; failing to report law enforcement contact on March 5, 2009 within 72 hours; associating with a convicted felon, Scott Baker, on March 12, 2009; and associating with a person engaged in criminal activity on March 12, 2009. Anderson successfully completed his term of home confinement with electronic monitoring on September 9, 2009.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated December 7, 2009, U.S. Probation Officer Angela M. Peru alleged that defendant violated the following conditions of supervised release:

1. Using methamphetamine on or about October 5, 2009, in violation of a standard condition of supervision.

2. Using methamphetamine on or about November 29, 2009, in violation of a standard condition of supervision.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing January 14, 2010 at 9:00 am before District Judge John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 5th day of January, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge